THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEOPHILUS WARD, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, et al., Respondents.—

Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ., concur.